**UNITED STATES BANKRUPTCY COURT**
**FOR THE**
**WESTERN DISTRICT OF KENTUCKY**

IN RE:                                                          Case No:
    CALVIN R & PATRICIA A FULLER                  08-10542

**<u>CHAPTER 13 TRUSTEE'S MOTION TO REDUCE FEE AWARDED TO COUNSEL</u>**

    Comes the Chapter 13 Trustee, William W. Lawrence, pursuant to 11 U.S.C.330(a)(2) and moves this Court to reduce the attorney fee awarded to counsel for the Debtor by $150.00. In support of this Motion, the Chapter 13 Trustee states as follows:

    The debtors' attorney filed the Schedule of Allowed Claims on 12/29/2008 which stated that objections were filed to claim numbers 1, 2, 4, 5, 6, 20, 21, 22, 35 and 37. The Trustee called attorney's office on 2/10/09 and 3/9/09 and reminded them that the objections had not been filed. The attorney filed objections to the above-mentioned claims on 6/16/09. Three of the objections had hearings set for 8/20/09. The Court dismissed the case on 8/11/09 and the case was reinstated on 8/21/09. The Trustee's office left a message for the attorney on 9/22/09 that claims #1, #2 & #20 still needed to be dealt with since the hearing was not held due to the dismissal of the case.

Respectfully submitted:

*/s/WILLIAM W. LAWRENCE*
WILLIAM W. LAWRENCE, TRUSTEE
310 Republic Plaza
200 S. Seventh Street
Louisville, KY 40202
(502)581-9042